### Kamau KAMBON, Plaintiff–Appellant,

v.

### SAINT AUGUSTINE'S COLLEGE, Defendant–Appellee,

and

**Dianne Suber, Dr.; Beverly Downing, Dr.; Maurice Taylor, Dr., Defendants.**

**No. 02–2009.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 24, 2003.

Decided March 10, 2003.

Alan McSurely, Ashley Osment, McSurely & Osment, Chapel Hill, North Carolina, for Appellant. Charles T. Francis, Francis & Austin, P.L.L.C., Raleigh, North Carolina; Randall M. Roden, Tharrington Smith, L.L.P., Raleigh, North Carolina, for Appellee.

Before WIDENER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kamau Kambon appeals the district court's order granting summary judgment in favor of his former employer, Saint Augustine's College, on his age discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kambon v. Saint Augustine's College,* No. CA–00–884–5–BR (E.D.N.C. July 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*